IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01073-WYD-BNB

ERNST L. VIEUX,

> Plaintiff,

v.

DAL GLOBAL SERVICES, L.L.C.,

> Defendant.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Delta Air Lines, Inc. (filed December 4, 2009).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Motion to Dismiss Delta Air Lines, Inc. (doc. # 21) is **GRANTED**.  Defendant Delta Air Lines, Inc. is **DISMISSED WITH PREJUDICE** from this case and shall hereafter be taken off the caption.  It is

FURTHER ORDERED that Defendant Delta Air Lines, Inc.'s Motion to Dismiss (Doc. # 12) is **DENIED AS MOOT**.

Dated:  December 8, 2009

> BY THE COURT:
>
> s/ Wiley Y. Daniel
> Wiley Y. Daniel
> Chief United States District Judge