IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01073-WYD-BNB

ERNST L. VIEUX,

Plaintiff,

v.

DAL GLOBAL SERVICES, LLC,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **March 4, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 11, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge