IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01073-WYD-BNB

ERNST L. VIEUX,

    Plaintiff,

v.

DAL GLOBAL SERVICES, L.L.C.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to bear

their own costs and attorney's fees.

Dated: March 4, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                CHIEF UNITED STATES DISTRICT JUDGE